# Order

Michigan Supreme Court
Lansing, Michigan

November 2, 2011

143074-6

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL ADAM TORRES,
        Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL ADAM TORRES,
        Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL ADAM TORRES,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143074
COA: 296025
Lenawee CC: 09-014276-FH

SC: 143075
COA: 296026
Lenawee CC: 09-014277-FH

SC: 143076
COA: 296027
Lenawee CC: 09-014288-FH

On order of the Court, the application for leave to appeal the March 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY, J., would remand for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2011



                    Clerk

t1026